423 A.2d 1311

Commonwealth v. Lawson a/k/a Carr, Appellant.

Argued August 28, 1979. Samuel J. Reich, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgments of sentence affirmed.